IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **STATE FARM FIRE AND CASUALTY COMPANY,**<br><br>       Plaintiff,<br><br>v.<br><br>**LLOYD J. LEBLANC JR., THE B&F SYSTEM, INC., EDNA G. LEBLANC, PRODUCTOS MEXICANOS DON JOSE, INC., LEBLANC'S LLC, MAXAM WHOLESALE OF GA, INC., DIRECT SOURCE IMPORTS, INC., JEFF LEBLANC, and LLOYD LEBLANC III,**<br><br>       Defendants. | Civil Action 7:09-CV-76 (HL) |

## ORDER

The Court will hold a telephone conference with counsel on Thursday, December 13, 2012 at 1:30 p.m. Counsel should be prepared to discuss the status of the case in light of the Eleventh Circuit's remand.

**SO ORDERED**, this 7th day of December, 2012.

                                                                *s/ Hugh Lawson*
                                                                **HUGH LAWSON, SENIOR JUDGE**

mbh