IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LLOYD J. LEBLANC JR., THE B&F SYSTEM, INC., EDNA G. LEBLANC, PRODUCTOS MEXICANOS DON JOSE, INC., LEBLANC'S LLC, MAXAM WHOLESALE OF GA, INC., DIRECT SOURCE IMPORTS, INC., JEFF LEBLANC, and LLOYD LEBLANC III,<br><br>　　　　Defendants. | Civil Action 7:09-CV-76 (HL) |

## ORDER

The Court will hold a telephone conference with counsel on Thursday, December 13, 2012 at 1:30 p.m. Counsel should be prepared to discuss the status of the case in light of the Eleventh Circuit's remand.

**SO ORDERED**, this 7th day of December, 2012.

　　　　　　　　　　　　　　　　*s/ Hugh Lawson*
　　　　　　　　　　　　　　　　**HUGH LAWSON, SENIOR JUDGE**

mbh