IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY,<br><br>            Plaintiff,<br><br>v.<br><br>LLOYD J. LEBLANC JR., THE B&F SYSTEM, INC., EDNA G. LEBLANC, PRODUCTOS MEXICANOS DON JOSE, INC., LEBLANC'S LLC, MAXAM WHOLESALE OF GA, INC., DIRECT SOURCE IMPORTS, INC., JEFF LEBLANC, and LLOYD LEBLANC III,<br><br>            Defendants. | Civil Action 7:09-CV-76 (HL) |

### ORDER

The conference call set for December 13, 2012 at 1:30 p.m. is cancelled. In light of Defendants' current unrepresented status, the Court believes it appropriate to hold an in-person status conference. Accordingly, Defendants Lloyd J. LeBlanc Jr., Edna G. LeBlanc, Jeff LeBlanc, and Lloyd LeBlanc III, a representative for the three corporate defendants and the limited liability company defendant, counsel for The B & F System, Inc., and Plaintiff's counsel are ordered to appear in Macon on January 7, 2013 at 10:00 a.m. to discuss the status of this case in light of the remand from the Eleventh Circuit.[1]

**SO ORDERED**, this 12th day of December, 2012.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh

---

[1] The Court assumes based on its knowledge of the parties that one or more of the individual defendants have the authority to bind the corporate and LLC defendants. If that is not the case, someone with such authority must be present at the hearing. The Court recognizes that the corporate and LLC defendants must be represented by counsel and cannot appear pro se. See Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385 (11th Cir. 1985). This issue will be addressed during the status conference.