IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **STATE FARM FIRE AND CASUALTY COMPANY,**<br><br>     Plaintiff,<br><br>v.<br><br>**LLOYD J. LEBLANC JR., THE B&F SYSTEM, INC., EDNA G. LEBLANC, PRODUCTOS MEXICANOS DON JOSE, INC., LEBLANC'S LLC, MAXAM WHOLESALE OF GA, INC., DIRECT SOURCE IMPORTS, INC., JEFF LEBLANC, and LLOYD LEBLANC III,**<br><br>     Defendants. | Civil Action 7:09-CV-76 (HL) |

## ORDER

In State Farm's reply brief in support of its Motion for Summary Judgment, it states that the following coverage question remains open: "(1) Whether Lloyd LeBlanc, Edna LeBlanc, Jeff LeBlanc, Jody LeBlanc, and Maxam Wholesale of Atlanta, Inc. qualify as insureds under the business policy issued to Lloyd LeBlanc for the remaining allegations against them." Counsel for State Farm is ordered to identify with specificity what the "remaining allegations against them" are. It is not clear to the Court whether questions 2 and 3 on page 2 of the reply brief constitute the "remaining allegations" mentioned in question 1.

The written response is due no later than May 1, 2013. As the Court is simply seeking clarification, no response from Defendants is needed.

**SO ORDERED**, this 24th day of April, 2013.

*s/Hugh Lawson*

mbh                                                         **HUGH LAWSON, SENIOR JUDGE**